JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2018 AUG -8 P 4: 09
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ROBYN ANN HOWELL, Defendant. | **INDICTMENT** <br><br> VIOLATION: <br> Count I: 18 U.S.C. § 641 (Theft of Government Money). <br><br> Case: 2:18-cr-00379 <br> Assigned To : Waddoups, Clark <br> Assign. Date : 8/8/2018 <br> Description: |
|---|---|

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 641
(Theft of Government Money)

Beginning on or about May 2017 and continuing through November 2017, in the

Central Division of the District of Utah,

ROBYN ANN HOWELL,

defendant herein, did willfully and knowingly steal money of the Social Security

Administration, a department or agency of the United States, in an amount greater than $1,000.00, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
VICTORIA K. McFARLAND
Special Assistant United States Attorney